UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>JESSE SCOTT JR.<br><br>   Defendant. | 3:04-CR-183-LRH-RAM |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#42) on December 6, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

 Name of Payee: WELLS FARGO BANK
 Amount of Restitution: $17,902.00

 Name of Payee: THE BANK OF AGRICULTURE AND COMMERCE
 Amount of Restitution: $9,918.00

**Total Amount of Restitution ordered:** $27,820.00

Dated this 10th day of November, 2016.

                 _____
                 UNITED STATES DISTRICT JUDGE